```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OSBERT HAYNES,

                Plaintiff,

-against-

LAIDLAW & COMPANY (UK) LTD.,

                Defendant.

22 Civ. 6464 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 1, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by November 28, 2022. ECF No. 8. Those submissions are now overdue. Accordingly, by **December 5, 2022**, the parties shall file their joint letter and proposed case management plan.

    In addition, by **December 1, 2022**, counsel for Defendant shall file a notice of appearance in this action.

    SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge