UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OSBERT HAYNES,

                Plaintiff,

-against-

LAIDLAW & COMPANY (UK) LTD.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2023
```

22 Civ. 6464 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 30, 2022, the Court extended the parties' deadline to submit a joint letter and a proposed case management plan to February 3, 2023. ECF No. 14. Those submissions are now overdue. Accordingly, by **February 13, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge